Before SPAETH, President Judge, and BECK and HOFF-
MAN, JJ.

Affirmed.

472 A.2d 270

Commonwealth v. Rivera, Appellant.

Submitted February 2, 1984. Thomas G.
Klingensmith, Assistant Public Defender, for appellant; Mi-
chael H. Ranck, District Attorney, for Commonwealth, ap-
pellee.

Before SPAETH, President Judge, and BECK and HOFF-
MAN, JJ.

Affirmed.

472 A.2d 271

Commonwealth v. Suda, Appellant.
Petition for Allowance of Appeal
Denied July 10, 1984.

Submitted
January 31, 1984. Patrick J. Flannery, Assistant Public

Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Affirmed.